IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES W. HILL, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| vs. | )   No. CIV-05-1218-C |
| | ) |
| ERIC FRANKLIN, Warden, | ) |
| | ) |
| Respondent | ) |

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on January 18, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 16) is adopted and the Petition for Writ of Habeas Corpus is **DISMISSED**. A judgment will enter accordingly.

IT IS SO ORDERED this 27th day of February, 2006.

ROBIN J. CAUTHRON
United States District Judge